

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*ROBERT FRAZER*
*UNITED STATES ATTORNEY*

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*        direct: (973) 645-2761
*Newark, NJ 07102*                   fax: (973) 297-2010
*Margaret.ann.mahoney@usdoj.gov*

June 10, 2026

**BY ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:    *Dominguez Rodriguez v. Blanche, et. al.,* No. 26-5340 (MCA)**
>          **Update Regarding Immediate Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). Pursuant to the Court's June 10, 2026 Order, ECF No. 4, we write to respectfully inform the Court that Petitioner was released from ICE detention on June 10, 2026, at approximately 12:42 p.m. ICE has advised this Office that Petitioner was released from its custody with all of his property and under the same conditions he was under prior to his detention.

Thank you very much for your attention to this matter.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:    *s/ Margaret Ann Mahoney*
       MARGARET ANN MAHONEY
       Assistant United States Attorney
       *Attorneys for Respondents*

cc:    Counsel of record (by ECF)

Case shall be closed.
SO ORDERED

___*s/Madeline Cox Arleo*___
MADELINE COX ARLEO, U.S.D.J.

Date:  8/13/26